**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle _____ District of Florida _____
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Landmark Holdings of Florida, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   2 0 – 2 0 9 1 2 1 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 2430 Vanderbilt Beach Road | |
   | Number     Street | Number     Street |
   | Suite 108-564 | |
   | | P.O. Box |
   | Naples     FL     34109 | |
   | City     State     ZIP Code | City     State     ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Collier | |
   | County | Number     Street |
   | | |
   | | City     State     ZIP Code |

5. **Debtor's website** (URL)   https://www.landmarkhospitals.com/

Debtor     Landmark Holdings of Florida, LLC                     Case number *(if known)*_____
           Name

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  6 _ 2 _ 1 _ 1 _

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                               MM / DD / YYYY

        District _____  When _____  Case number _____
                                               MM / DD / YYYY

Debtor   Landmark Holdings of Florida, LLC
_____
Name

Case number *(if known)*_____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor   See Attached _____   Relationship _____

District _____   When _____
                                           MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Landmark Holdings of Florida, LLC                                    Case number (if known)_____
_____
          Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/09/2025
               MM / DD / YYYY

✗ /s/ Bryan Day                                      Bryan Day
_____                     _____
Signature of authorized representative of debtor     Printed name

Title    CEO
_____

**18. Signature of attorney**

✗ /s/ Jamie Z. Isani                                Date    03/09/2025
_____                             MM / DD / YYYY
Signature of attorney for debtor

Jamie Z. Isani
_____
Printed name
Hunton Andrews Kurth LLP
_____
Firm name
333 SE 2nd Avenue, Suite 2400
_____
Number    Street
Miami                                               Florida        33131
_____                    _____  _____
City                                                State          ZIP Code
305-536-2724                                        jisani@huntonAK.com
_____                    _____
Contact phone                                       Email address

728861                                              Florida
_____                    _____
Bar number                                          State

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 25-_____(___) |
| Debtor. | (Joint Administration Requested) |

### LIST OF AFFILIATES FILING BANKRUPTCY

| Debtor | District | Relationship |
|---|---|---|
| Landmark Management Services of Florida, LLC | Middle District Florida | Subsidiary |
| Landmark Hospital of Cape Girardeau, LLC | Middle District Florida | Subsidiary |
| Landmark Hospital of Joplin, LLC | Middle District Florida | Subsidiary |
| Landmark Rehabilitation Hospital of Columbia, LLC | Middle District Florida | Subsidiary |
| Landmark Hospital of Columbia, LLC | Middle District Florida | Subsidiary |
| Landmark Hospital of Savannah, LLC | Middle District Florida | Subsidiary |
| Landmark Hospital of Athens, LLC | Middle District Florida | Subsidiary |

**Fill in this information to identify the case:**

Debtor name _Landmark Holdings of Florida, LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ventas, Inc. 300 North LaSalle Street, Suite 1600 Chicago, IL 60654 | Ventas, Inc. (877) 483-6827 bod@ventasreit.com | | | | | $13,000,000.00 |
| 2 | Centers for Medicare & Medicaid Services PO Box 8788 Madison, WI 53708 | Wisconsin Physicians Service Reimbursement (877) 267-2323 mcare@cms.hhs.gov | | | | | $6,451,316.00 |
| 3 | J&R Fuller, LLC 713 Fourth Street Blanco, TX 78606 | LaVon Atkinson, Accounting Manager; (210) 745-4000 latkinson@pharmacareservices.com | | | | | $3,266,132.00 |
| 4 | GA Dept. of Comm. Health 2 Peachtree ST. NW Atlanta, GA 30303 | DIV of FIN. MGT. msimon@dch.ga.gov | | | | | $1,197,993.00 |
| 5 | Medline Industries, INC Three Lakes Drive Northfield, IL 60093 | Ryan Kaufman (847) 949-5500 rkaufman@medline.com | | | | | $675,427.00 |
| 6 | Connected Health Care, LLC 1408 E 13th St Austin, TX 78702 | Jane Rickman (512) 887-3999 jane@connectedhc.com | | | | | $405,050.00 |
| 7 | TFG Billing LLC 19614 S Muirfield Circle Baton Rouge, LA 70810 | Michael Freeman (225)310-2510 mfreeman@tfgconsulting.com | | | | | $387,894.00 |
| 8 | Upright Healthcare Workforce 2330 Scenic Hwy S Ste 652 Snellville, GA 30078 | Venel Pierre Louis (844) 669-0444 venel@uprightstaff.com | | | | | $379,317.00 |

Debtor    Landmark Holdings of Florida, LLC
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Food Management Group INC 70 JESSE DUPONT HWY BURGESS, VA  22432 | Brenda Pope (404) 386-9411 brendap@fmg.com | | | | | $377,928.00 |
| 10  LRS Healthcare LLC 120 N. 103rd Plaza Omaha, NE  68114 | (402) 896-4562 invoicing@LRSHealthcare.com | | | | | $265,236.00 |
| 11  M & Z Telemedicine 4403 SILVER VALLEY D COLUMBIA, MO  65203 | TAREQ ABU-SALAH Tabu_salah@hotmail.com | | | | | $250,379.00 |
| 12  Jackson Nurse Professionals 3452 Lake Lynda Drive Orlando, FL  32817 | (888) 300-5132 JNPBilling@jacksonnursing.com | | | | | $226,357.00 |
| 13  PROLINK HEALTHCARE, LLC 4600 MONTGOMERY RD SUITE 300 Cincinnati, OH  45212 | DONNA MASON (513) 530-1895 DMASON@PROLINKSTAFF.COM | | | | | $216,787.00 |
| 14  Marvel Medical Staffing, LLC 9394 West Dodge Road, Suite 300 Omaha, NE  68114 | 323-977-4437 Info@marvelmedstaff.com | | | | | $209,295.00 |
| 15  KCI USA INC PO BOX 301557 Dallas, TX  75303-1557 | Joshua Mendoza (972) 957-3016 jmendoza@solventum.com | | | | | $198,532.00 |
| 16  Outset Medical, Inc 3052 Orchard Dr San Jose, CA  95134 | Elizabeth Gill (669) 231-8200 egill@outsetmedical.com | | | | | $197,179.00 |
| 17  Freeman Health System P.O. BOX 4769 1102 W 32ND ST Joplin, MO  64803 | Michael Sanders (417) 347-1111 mbsanders@freemanhealth.com | | | | | $190,664.00 |
| 18  Genie Healthcare, Inc 50 Millstone Road, Building 100 Suite 100 East Windsor, NJ  08520 | (855) 888-7333 info@geniehealthcare.com | | | | | $180,474.00 |
| 19  Curators of the University of Missouri System PO BOX 802628 Kansas City, MO  64180-2728 | (573)-882-2388 boardofcurators@umsystem.edu | | | | | $174,501.00 |
| 20  Advantis Medical Staffing LLC 20 Sunnyside Ave STE E Mill Valley, CA  94941 | (469) 447-9135 amedar@advantismed.com | | | | | $168,957.00 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 25-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| William K. Kapp, III Revocable Living TR U/A/D May 5, 2000 | William K. Kapp, III c/o Landmark Holdings of Florida, LLC 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | 44% |
| KRB Healthcare, LLC | 3255 Independence Drive, Cape Girardeau, MO 63701 | 36% |
| M. Bryan Day | M. Bryan Day c/o Landmark Holdings of Florida, LLC 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | 10% |
| Craig Boudreaux | Craig Boudreaux c/o Landmark Holdings of Florida, LLC 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | 10% |

**Fill in this information to identify the case and this filing:**

Debtor Name _Landmark Holdings of Florida, LLC_

United States Bankruptcy Court for the: _Middle_ _____ District of _Florida_
                                                                          (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/09/2025          ✖ /s/ Bryan Day
              _____              _____
              MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                       Bryan Day
                                       _____
                                       Printed name
                                       CEO
                                       _____
                                       Position or relationship to debtor