**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISON**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

**CERTIFICATE OF SERVICE**

I, Demetrius Jenkins, certify that I am a Case Manager at American Legal Claim Services, LLC, proposed claims and noticing agent for the Debtor in the above-captioned case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

On March 13, 2025, under my direction and supervision, the following document was served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- INTERIM ORDER (I) AUTHORIZING DEBTORS TO PAY PREPETITION WAGES, SALARIES AND BENEFITS; (II) AUTHORIZING DEBTORS TO CONTINUE EMPLOYEE BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS; AND (III) DIRECTING APPLICABLE FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS **[DOCKET 40]**

                                                    Respectfully Submitted:

                                                    _____
                                                    Demetrius Jenkins
                                                    American Legal Claim Services, LLC

**Exhibit A**

## Exhibit A

## Served Via Electronic Mail

| | Creditor Name | Notice Name | Email Address |
|---|---|---|---|
| 1 | ADVANTIS MEDICAL STAFFING LLC | | amedar@advantismed.com |
| 2 | AMERANT BANK NA | CO GARBETT ALLEN ROZA AND YATES PC - DAVID S GARBETT | dgarbett@garlawfirm.com |
| 3 | AMERANT BANK NA | CO GARBETT ALLEN ROZA AND YATES PC - BRIAN P YATES | byates@garlawfirm.com |
| 4 | AMERANT BANK NA | ATTN PATRICIA A REDMOND ESQ | predmond@stearnsweaver.com |
| 5 | CENTERS FOR MEDICARE & MEDICAID SERVICES | ATTN FRANK GUMINA | frank.gumina@wpsic.com; mtilleman@foley.com |
| 6 | CONNECTED HEALTH CARE LLC | JANE RICKMAN | jane@connectedhc.com |
| 7 | CURATORS OF THE UNIVERSITY OF MISSOURI SYSTEM | | boardofcurators@umsystem.edu |
| 8 | FOOD MANAGEMENT GROUP INC | BRENDA POPE | brendap@fmg.com |
| 9 | FREEMAN HEALTH SYSTEM | MICHAEL SANDERS | mbsanders@freemanhealth.com |
| 10 | GA DEPT OF COMM HEALTH | DIV OF FIN MGT | msimon@dch.ga.gov |
| 11 | GENIE HEALTHCARE INC | | info@geniehealthcare.com |
| 12 | J AND R FULLER LLC | LAVON ATKINSON ACCOUNTING MANAGER | jfuller@pharmacareservices.com |
| 13 | JACKSON NURSE PROFESSIONALS | | jnpbilling@jacksonnursing.com |
| 14 | KCI USA INC | ATTN LEGAL DEPT | privacy@solventum.com |
| 15 | LANDMARK HOLDINGS OF FLORIDA, LLC | HUNTON ANDREWS KURTH LLP - JUSTIN F. PAGET, JENNIFER E. WUEBKER | jpaget@hunton.com; jwuebker@hunton.com; nmonico@hunton.com |
| 16 | LRS HEALTHCARE LLC | | invoicing@LRSHealthcare.com |
| 17 | M AND Z TELEMEDICINE | TAREQ ABU-SALAH | Tabu_salah@hotmail.com |
| 18 | MARVEL MEDICAL STAFFING LLC | | Info@marvelmedstaff.com |
| 19 | MEDLINE INDUSTRIES INC | SHANE REED | sreed@medline.com |
| 20 | OUTSET MEDICAL INC | ELIZABETH GILL | egill@outsetmedical.com |
| 21 | PROLINK HEALTHCARE LLC | RONALD E GOLD ESQ; JOY D KLEISINGER | rgold@fbtlaw.com; jkleisinger@fbtlaw.com |
| 22 | PROLINK HEALTHCARE LLC | SHERRY DONALDSON | sdonaldson@prolinkstaff.com |
| 23 | PROLINK HEALTHCARE LLC | MICHAEL R DAL LAGO ESQ | mike@dallagolaw.com; kim@dallagolaw.com; fbravo@dallagolaw.com |
| 24 | TFG BILLING LLC | MICHAEL FREEMAN | mikefreeman@tfgbilling.com |
| 25 | UNITED STATES TRUSTEE REGION 21 | ATTN BENJAMIN E LAMBERS | ustp.region21@usdoj.gov;ben.e.lambers@usdoj.gov |
| 26 | UPRIGHT HEALTHCARE WORKFORCE | VENEL PIERRE LOUIS | venel@uprightstaff.com |
| 27 | VENTAS | VENTAS INC | bod@ventasreit.com |
| 28 | VENTAS INC | BERGER SINGERMAN LLP - EDWARD J PETERSON | epeterson@bergersingerman.com |
| 29 | VENTAS INC | BERGER SINGERMAN LLP - JAMES B EISING | jeising@bergersingerman.com |

In re: Landmark Holdings of Florida, LLC, et al.
Case No.: 2:25-BK-00397-FMD

Page 1

**Exhibit B**

## Exhibit B

## Served Via First Class Mail

| # | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 1 | ADP TOTALSOURCE INC | | 10200 SUNSET DR | | MIAMI | FL | 33173 | |
| 2 | WORKFORCE NOW | | 10200 SUNSET DR | | MIAMI | FL | 33173 | |
| 3 | INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101 | |

In re: Landmark Holdings of Florida, LLC, et al.
Case No.: 2:25-BK-00397-FMD

Page 1