UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

**AMERANT BANK, N.A.'S LIMITED OBJECTION
TO DEBTORS' EMERGENCY MOTION [ECF NO. 136]**

Amerant Bank, N.A. ("Amerant Bank"), by and through undersigned counsel, files this Limited Objection to the *Emergency Motion for Entry of an Order (I) Authorizing Payment of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

1

*Expense Deposits in Connection with DIP Financing, and (II) Granting Relate Relief* ("Emergency Motion") [ECF No. 136], and respectfully states as follows:

Amerant agrees to the use of $95,000 of cash collateral to fund deposits for debtor-in-possession financing as follows: a) $20,000 to eCapital Healthcare Corp. and b) $75,000 to Bay Point Advisors, LLC. Further, Amerant has agreed with the Debtors to condition any upsizing from the $95,000 upon the consent of Amerant and the Committee and upon notice to the Court.

Amerant's Limited Objection is to the Debtors' need for debtor-in-possession financing. The Debtors' cash position has exceeded expectations since the onset of the Bankruptcy. Specifically, the Debtors filed for bankruptcy with $1.3M of cash on hand (*See generally* Budget at ECF No. 24). After the first seven weeks of the Bankruptcy, the Debtors' cash position had improved $1.7M to an ending cash balance for week ending April 28, 2025 of $3.0M (Debtors' Cash-Flow Variance Report for week ending April 27). The Debtors' $1.7M cash improvement exceeded the Debtors' cash forecast primarily due to higher than anticipated receipts and lower than anticipated disbursements. The Debtors' Cash-Flow Variance Report for the week ending May 4 resulted in a significant negative weekly receipts variance, however, notwithstanding the foregoing, the Debtors ended such week with $2.1M of cash which was $0.7M in excess of budget (Debtors' Cash-Flow Variance Report for week ending May 4). Accordingly, Amerant respectfully requests that the Court determine whether the Debtors in fact need debtor-in-possession financing before authorizing expenditures.

Date: May 12, 2025

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By: /s/ *Patricia A. Redmond*
    PATRICIA A. REDMOND
    Florida Bar No. 303739
    predmond@stearnsweaver.com

*Counsel to Amerant Bank, N.A.*

## CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be served via email on May 12, 2025 on the following:

| | |
|---|---|
| Jennifer Wuebker, Esq.<br>jwuebker@hunton.com<br>Hunton Andrews Kurth LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Justin F Paget<br>jpaget@hunton.com<br>Hunton Andrews Kurth LLP<br>333 S.E. 2 Avenue Suite 2400<br>Miami, FL 33131 |

By: /s/ *Patricia A. Redmond*
    PATRICIA A. REDMOND