## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISON
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

## NOTICE OF FILING PROPOSED ORDER REGARDING DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING PAYMENT OF EXPENSE DEPOSITS IN CONNECTION WITH DIP FINANCING, AND (II) GRANTING RELATED RELIEF

On May 8, 2025, the above-captioned Debtors filed the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of Expense Deposits in Connection with DIP Financing, and (II) Granting Related Relief* [Docket No. 136] (the "Expense Deposit Motion").

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

The Debtors, by and through their undersigned counsel, hereby file the proposed order attached hereto as <u>Exhibit A</u> as the Order (defined in the Expense Deposit Motion) that the Debtors are requesting the Court consider at the emergency hearing set on the Expense Deposit Motion today.

Dated: May 14, 2025
Fort Myers, Florida

Respectfully submitted,

/s/ *Jennifer E. Wuebker*
**HUNTON ANDREWS KURTH LLP**
Jamie Z. Isani (FL 728861)
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Telephone:    (305) 810-2500
Facsimile:    (305) 810-2460
Email:           jisani@hunton.com

- *and* -

Justin F. Paget (admitted *pro hac vice*)
Jennifer E. Wuebker (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:           jpaget@hunton.com
                    jwuebker@hunton.com

*Counsel to the Debtors and*
*Debtors in Possession*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISON**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

**ORDER (I) AUTHORIZING PAYMENT OF EXPENSE DEPOSITS
IN CONNECTION WITH ONE OR MORE DIP FINANCING TERM SHEETS,
AND (II) GRANTING RELATED RELIEF**

THIS CASE came on for consideration upon the motion [Docket No. 136] (the "Motion")[2] of the Debtors for entry of an order (this "Order") pursuant to sections 105(a), 363(b) and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 6004, and 9014  of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1 and 9013-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules") (a) authorizing payment of certain expense deposits in an initial amount not to exceed $[100,000], in the aggregate, in connection with DIP Financing, and (b) granting related relief, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), (N) and (O); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon consideration of the record of the Hearing and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, therefore;

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion or the Bidding Procedures attached as Exhibit 1 to this Bidding Procedures Order, as applicable.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized, but not directed, in their reasonable business judgment, to pay expense deposits in an amount not to exceed $100,000, in the aggregate, to parties with whom the Debtors have entered into term sheets for the provision of DIP Financing.  Prior to making any such payment, the Debtors shall provide two business days' advance notice and an opportunity to object to Amerant and the Committee.  If the Debtors receive an objection that they cannot resolve, they may request an emergency hearing with the Court to seek authorization to make the payments.

3.      To the extent that the Debtors determine, in their business judgment, that additional amounts in excess of the $100,000 are required for expense deposits for DIP Financing, the Debtors may request court authority to pay such additional amounts by obtaining the written consent of Amerant and the Committee and by submitting an agreed order for entry by the Court. The Debtors shall not be required to submit any such agreed order for hearing, and the Court may enter any such agreed order without a hearing. Notwithstanding the foregoing, the Debtors reserve their rights to request a hearing on the matter to the extent that either Amerant or the Committee refuses to consent to such additional amounts.

4.      Notwithstanding the possible applicability of Bankruptcy Rule 6004 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon the Court's ruling at the Hearing.

5.      The Debtors are authorized to take all action necessary to carry out this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

- 3 -

Debtors' counsel is directed to serve a copy of this Order on the parties which were provided notice pursuant to the Motion and file a proof of service within three days of entry of this Order.