**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| Reorganized Debtor.[1] | |

**NOTICE OF HEARING**

NOTICE IS GIVEN THAT:

1.      The Honorable Caryl E. Delano will conduct a preliminary hearing in this case on April 15, 2026, at 3:00 p.m. Eastern Time, in Room 4-102, Hearing Room, United States Courthouse, 2110 First Street, Fort Myers, FL 33901, on the following matter:

> *Objection of the Reorganized Debtors to Proof of Claim No. 31-1, Case No. 2:25-BK-00400 Filed By the Georgia Department of Community Health* [Docket No. 511].

2.      Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A.  Parties may attend the hearing by video or telephone via zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYSERS COURTHOUSE.  Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano.  If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement in open court and reflected on the docket without further written notice.

*[Remainder of Page Intentionally Left Blank]*

---

[1]   The Reorganized Debtors (and Wind-Down Debtors, as applicable), in these cases, along with the last four digits of their federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

Fort Myers, Florida
Dated: March 18, 2026

Respectfully submitted,

/s/ *Jennifer E. Wuebker*
**HUNTON ANDREWS KURTH LLP**
Jamie Z. Isani (FL 728861)
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Telephone:     (305) 810-2500
Facsimile:     (305) 810-2460
Email:         jisani@hunton.com

*- and -*

Justin F. Paget (admitted *pro hac vice*)
Jennifer E. Wuebker (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:     (804) 788-8218
Email:         jpaget@hunton.com
               jwuebker@hunton.com

*Counsel to the Reorganized Debtors*